**Darlene M. BROUGHTON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2014–3063.

United States Court of Appeals, Federal Circuit.

June 16, 2014.

Darlene M. Broughton, Colorado Springs, CO, for Petitioner.

Calvin M. Morrow, Merit Systems Protection Board, Washington, DC, for Respondent.

## ON MOTION

## ORDER

Darlene M. Broughton moves for leave to file a corrected opening informal brief and for various other relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are deferred to the merits panel assigned to hear this case. Copies of this order and the motions papers (docket entries 37 and 39) shall be transmitted to the panel.